**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Macavity Company, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **32-0245002** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6950 East Milagro Avenue** <br> **Mesa, AZ 85209** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa** <br> County | **Location of principal assets, if different from principal place of business** <br> **NW Corner of Monte Carlo Blvd & FM 75** <br> **Princeton, TX 75407** <br> Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)  _____

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Macavity Company, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

| Debtor | **Macavity Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**◼ Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

| Debtor | **Macavity Company, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 24, 2017**
                MM / DD / YYYY

**X** **/s/ Ready RDC LLC, Sole Member**                         **Ready RDC LLC, Sole Member**
Signature of authorized representative of debtor                  Printed name

Title     **By Lane Spencer Its: Member/Manager**

**18. Signature of attorney**

**X** **/s/ John R. Clemency**                         Date **July 24, 2017**
Signature of attorney for debtor                                 MM / DD / YYYY

**John R. Clemency**
Printed name

**Gallagher & Kennedy, P.A.**
Firm name

**2575 E. Camelback Rd.**
**Phoenix, AZ 85016**
Number, Street, City, State & ZIP Code

Contact phone **602-530-8000**     Email address **john.clemency@gknet.com**

**009646**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Macavity Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 24, 2017**     X **/s/ Ready RDC LLC, Sole Member**
                                                    Signature of individual signing on behalf of debtor

                                                    **Ready RDC LLC, Sole Member**
                                                    Printed name

                                                    **By Lane Spencer Its: Member/Manager**
                                                    Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Macavity Company, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Avanco Environmental, Inc. 2815 Valley View Lane, Suite 113 Dallas, TX 75234 | | environmental services | | | | $1,250.00 |
| Cabco Cabinetry 1106 North Gilbert Road Gilbert, AZ 85234 | | | | | | $30,000.00 |
| Cameron Petersen 8839 E Colby Cricle Mesa, AZ 85207 | | 2nd Loan | | | | $15,000.00 |
| Cameron Petersen 8839 E Colby Cricle Mesa, AZ 85207 | | 1st Loan | | | | $39,000.00 |
| Crystal Profit Sharing Plan and Trust 11601 N 132nd Place Scottsdale, AZ 85259 | | | | | | $765,000.00 |
| Dallas Petersen 371 W Cullumber Gilbert, AZ 85234 | | | | | | $37,500.00 |
| F2 Group, LLC P.O. Box 11157 Chandler, AZ 85246 | | landscape architectural services | | | | $1,456.62 |
| Gary L. Davis 1791 N Belvedere Ave Fresno, CA 93722 | | 1st Loan | | | | $483,333.33 |
| Gary L. Davis 1791 N Belvedere Ave Fresno, CA 93722 | | 2nd Loan | | | | $216,666.67 |
| Jay Leuser 410 E Pueblo Mesa, AZ 85204 | | | | | | $30,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Macavity Company, LLC** | | | Case number *(if known)* | | |
|--------|---------------------------|---|---|--------------------------|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kane Russell Coleman Logan PC 1601 Elm Street, Suite 3700 Dallas, TX 75201** | | legal services | | | | $115,812.44 |
| **Norman King 2707 E El Moro Drive Mesa, AZ 85204** | | 1st Loan | | | | $409,021.95 |
| **Norman King 2707 E El Moro Drive Mesa, AZ 85204** | | 2nd Loan | | | | $30,000.00 |
| **Planning & Zoning Resource Co. 1300 S Meridian Ave, Suite 400 Oklahoma City, OK 73108** | | | | | | $1,050.00 |
| **Spencer Real Estate, LLC 2106 N Bridlewood Mesa, AZ 85207** | | | | | | $104,000.00 |
| **UEG United Engineering Group 3205 W. Ray Road, Suite 1 Chandler, AZ 85226** | | engineering services | | | | $394,000.00 |
| **Wasatch Property Mgmt, Inc. 26440 La Alameda, Suite 370 Mission Viejo, CA 92691** | | | | | | $65,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 2:17-bk-08474-BKM   Doc 1   Filed 07/24/17   Entered 07/24/17 13:26:18   Desc
Main Document   Page 7 of 41

**Fill in this information to identify the case:**

Debtor name   **Macavity Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................... $     **28,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $     **125,440.16**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $     **28,125,440.16**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $     **14,553,931.40**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **2,738,091.01**

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b     $     **17,292,022.41**

**Fill in this information to identify the case:**

Debtor name    **Macavity Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property        **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **checking** | **6399** | $2,719.78 |
| 3.2. | **Chase Bank** | **savings** | **5021** | $133.16 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$2,852.94

**Part 2:**     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Retainer paid to PID Bond and Zoning Attorney** | $22,587.22 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Macavity Company, LLC**          Case number *(If known)* _____
_____
Name

9.     **Total of Part 2.**                                    | $22,587.22 |
       Add lines 7 through 8. Copy the total to line 81.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:     Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Official Form 206A/B             Schedule A/B Assets - Real and Personal Property             page 2

Case 2:17-bk-08474-BKM    Doc 1    Filed 07/24/17    Entered 07/24/17 13:26:18    Desc
Main Document      Page 10 of 41

Debtor  **Macavity Company, LLC**          Case number *(If known)* _____
            Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **NW Corner of Monte Carlo Blvd and FM 75, Princeton, Texas 75407 861.50 acres of undeveloped land** | fee simple | $28,000,000.00 | Appraisal | $28,000,000.00 |

| 56. | **Total of Part 9.** | | $28,000,000.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.whitewingtrails.com | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** Project Files | Unknown | | Unknown |
| 65. **Goodwill** | | | |

| 66. | **Total of Part 10.** | | $0.00 |
|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

Debtor    **Macavity Company, LLC**                                    Case number *(If known)* _____
          Name

☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Silver Arch Capital Partners**                                                          $100,000.00

| Nature of claim | Breach of agreement in excess of $100,000 |
|---|---|
| Amount requested | $100,000.00 |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.                          | $100,000.00 |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Macavity Company, LLC**
Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,852.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $22,587.22 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $28,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $125,440.16 | + 91b. $28,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $28,125,440.16 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Macavity Company, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Al McNatt Family Partnership**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**NW Corner of Monte Carlo Blvd and FM 75, Princeton, Texas 75407**<br>**861.50 acres of undeveloped land** | $796,940.00 | $28,000,000.00 |
|---|---|---|---|---|

**4401 N 1-35, Suite 107
Denton, TX 76207**

Creditor's mailing address

**Describe the lien**
**2nd position**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Montex Lands, Inc.
2. Montex Lands, Inc.
3. Princeton Meadows
4. Al McNatt Family Partnership
5. D&J Commercial, LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **D&J Commercial, LLC**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**NW Corner of Monte Carlo Blvd and FM 75, Princeton, Texas 75407**<br>**861.50 acres of undeveloped land** | $1,485,666.67 | $28,000,000.00 |
|---|---|---|---|---|

**1044 East Sandpiper DRive
Tempe, AZ 85283**

Creditor's mailing address

**Describe the lien**
**3rd position**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Case 2:17-bk-08474-BKM     Doc 1     Filed 07/24/17     Entered 07/24/17 13:26:18     Desc
Main Document       Page 14 of 41

Debtor **Macavity Company, LLC**
Name

Case number (*if know*) _____

---

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **Montex Lands, Inc.** | Describe debtor's property that is subject to a lien | $7,261,324.73 | $28,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**5815 Gulfton Drive**
**Houston, TX 77081**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**NW Corner of Monte Carlo Blvd and FM 75, Princeton, Texas 75407**
**861.50 acres of undeveloped land**

**Describe the lien**
**1st position**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.4 | **Montex Lands, Inc.** | Describe debtor's property that is subject to a lien | $291,000.00 | $28,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**5815 Gulfton Drive**
**Houston, TX 77081**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**NW Corner of Monte Carlo Blvd and FM 75, Princeton, Texas 75407**
**861.50 acres of undeveloped land**

**Describe the lien**
**Brokerage Fee**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.5 | **Princeton Meadows** | Describe debtor's property that is subject to a lien | $4,719,000.00 | $28,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**4401 N 1-35, Suite 107**
**Denton, TX 76207**

**Describe debtor's property that is subject to a lien**
**NW Corner of Monte Carlo Blvd and FM 75, Princeton, Texas 75407**
**861.50 acres of undeveloped land**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor     **Macavity Company, LLC**
_____
          Name

Case number (if know) _____

| Creditor's mailing address | **Describe the lien** |
| | **2nd position** |
| | **Is the creditor an insider or related party?** |

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $14,553,931.40 |

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Macavity Company, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$1,250.00** |
| | **Avanco Environmental, Inc.**<br>**2815 Valley View Lane, Suite 113**<br>**Dallas, TX 75234** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **environmental services**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | **$30,000.00** |
| | **Cabco Cabinetry**<br>**1106 North Gilbert Road**<br>**Gilbert, AZ 85234** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.3** | Nonpriority creditor's name and mailing address | **$39,000.00** |
| | **Cameron Petersen**<br>**8839 E Colby Cricle**<br>**Mesa, AZ 85207** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **1st Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.4** | Nonpriority creditor's name and mailing address | **$15,000.00** |
| | **Cameron Petersen**<br>**8839 E Colby Cricle**<br>**Mesa, AZ 85207** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **2nd Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes |

Case 2:17-bk-08474-BKM    Doc 1    Filed 07/24/17    Entered 07/24/17 13:26:18    Desc
Main Document    Page 17 of 41

| Debtor | **Macavity Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$765,000.00** |
|---|---|---|---|

**Crystal Profit Sharing Plan and Trust**
**11601 N 132nd Place**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,500.00** |
|---|---|---|---|

**Dallas Petersen**
**371 W Cullumber**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,456.62** |
|---|---|---|---|

**F2 Group, LLC**
**P.O. Box 11157**
**Chandler, AZ 85246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  landscape architectural services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$483,333.33** |
|---|---|---|---|

**Gary L. Davis**
**1791 N Belvedere Ave**
**Fresno, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  1st Loan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$216,666.67** |
|---|---|---|---|

**Gary L. Davis**
**1791 N Belvedere Ave**
**Fresno, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  2nd Loan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Jay Leuser**
**410 E Pueblo**
**Mesa, AZ 85204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,812.44** |
|---|---|---|---|

**Kane Russell Coleman Logan PC**
**1601 Elm Street, Suite 3700**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  legal services

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:17-bk-08474-BKM    Doc 1    Filed 07/24/17    Entered 07/24/17 13:26:18    Desc
Main Document     Page 18 of 41

| Debtor | **Macavity Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $409,021.95 |
|---|---|---|---|

**Norman King**
**2707 E El Moro Drive**
**Mesa, AZ 85204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __1st Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Norman King**
**2707 E El Moro Drive**
**Mesa, AZ 85204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __2nd Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|---|---|---|---|

**Planning & Zoning Resource Co.**
**1300 S Meridian Ave, Suite 400**
**Oklahoma City, OK 73108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $104,000.00 |
|---|---|---|---|

**Spencer Real Estate, LLC**
**2106 N Bridlewood**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $394,000.00 |
|---|---|---|---|

**UEG United Engineering Group**
**3205 W. Ray Road, Suite 1**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __engineering services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00 |
|---|---|---|---|

**Wasatch Property Mgmt, Inc.**
**26440 La Alameda, Suite 370**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Debtor   **Macavity Company, LLC**
_____
            Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **2,738,091.01** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,738,091.01** |

**Fill in this information to identify the case:**

Debtor name  **Macavity Company, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Professional Services Agreement** | |
| State the term remaining | **City of Princeton, Texas** |
| List the contract number of any government contract | **123 West Princeton Drive** **Princeton, TX 75407** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Development Agreement** | |
| State the term remaining | **City of Princeton, Texas** |
| List the contract number of any government contract | **123 Princeton Drive** **Princeton, TX 75407** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Landscape Architectural Services proposal** | |
| State the term remaining | **F2 Group** |
| List the contract number of any government contract | **P.O. Box 11157** **Chandler, AZ 85248** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Farm Lease to maintain AG status** | |
| State the term remaining — **expires 8/31/2018** | **Stawn Valley Ranch** |
| List the contract number of any government contract | **1501 Alta Drive** **Fort Worth, TX 76107** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 2:17-bk-08474-BKM    Doc 1    Filed 07/24/17    Entered 07/24/17 13:26:18    Desc
Main Document    Page 21 of 41

Debtor 1 **Macavity Company, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.  State what the contract or lease is for and the nature of the debtor's interest

**Contract for Engineering services**

State the term remaining

List the contract number of any government contract _____

**UEG United Engineering Group**
**3205 W. Ray Road, Suite 1**
**Chandler, AZ 85226**

Case 2:17-bk-08474-BKM    Doc 1    Filed 07/24/17    Entered 07/24/17 13:26:18    Desc
Main Document          Page 22 of 41

**Fill in this information to identify the case:**

Debtor name   **Macavity Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the **Additional Page** to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Dallas Petersen** | **371 W Cullumber**<br>**Gilbert, AZ 85233** | **Al McNatt Family Partnership** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Dallas Petersen** | **371 W Cullumber**<br>**Gilbert, AZ 85233** | **Montex Lands, Inc.** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Dallas Petersen** | **371 W Cullumber**<br>**Gilbert, AZ 85233** | **Montex Lands, Inc.** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Dallas Petersen** | **371 W Cullumber**<br>**Gilbert, AZ 85233** | **Gary L. Davis** | ☐ D _____<br>■ E/F  **3.8**<br>☐ G _____ |
| 2.5 | **Dallas Petersen** | **371 W Cullumber**<br>**Gilbert, AZ 85233** | **Gary L. Davis** | ☐ D _____<br>■ E/F  **3.9**<br>☐ G _____ |

Debtor **Macavity Company, LLC**                     Case number *(if known)* _____

| | **Additional Page to List More Codebtors** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Dallas Petersen** | **371 W Cullumber** **Gilbert, AZ 85233** | **Norman King** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.7 | **Dallas Petersen** | **371 W Cullumber** **Gilbert, AZ 85233** | **Norman King** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.8 | **Dallas Petersen** | **371 W Cullumber** **Gilbert, AZ 85233** | **D&J Commercial, LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Joe Bond** | **11614 E Appaloosa Pl** **Scottsdale, AZ 85259** | **Al McNatt Family Partnership** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Joe Bond** | **11614 E Appaloosa Pl** **Scottsdale, AZ 85259** | **Montex Lands, Inc.** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.11 | **Joe Bond** | **11614 E Appaloosa Pl** **Scottsdale, AZ 85259** | **Montex Lands, Inc.** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.12 | **Joe Bond** | **11614 E Appaloosa Pl** **Scottsdale, AZ 85259** | **Crystal Profit Sharing Plan and Trust** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.13 | **Joe Bond** | **11614 E Appaloosa Pl** **Scottsdale, AZ 85259** | **Gary L. Davis** | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |

Debtor __Macavity Company, LLC__                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                             Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.14 | **Joe Bond** | 11614 E Appaloosa Pl<br>Scottsdale, AZ 85259 | **Gary L. Davis** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.15 | **Joe Bond** | 11614 E Appaloosa Pl<br>Scottsdale, AZ 85259 | **Norman King** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.16 | **Joe Bond** | 11614 E Appaloosa Pl<br>Scottsdale, AZ 85259 | **Norman King** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.17 | **Troy Spencer** | 3417 South Valerie Drive<br>Chandler, AZ 85286 | **Al McNatt Family Partnership** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Troy Spencer** | 3417 South Valerie Drive<br>Chandler, AZ 85286 | **Montex Lands, Inc.** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Troy Spencer** | 3417 South Valerie Drive<br>Chandler, AZ 85286 | **Montex Lands, Inc.** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Troy Spencer** | 3417 South Valerie Drive<br>Chandler, AZ 85286 | **Gary L. Davis** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.21 | **Troy Spencer** | 3417 South Valerie Drive<br>Chandler, AZ 85286 | **Gary L. Davis** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |

Debtor **Macavity Company, LLC**      Case number *(if known)* _____

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.22   **Troy Spencer** | **3417 South Valerie Drive**<br>**Chandler, AZ 85286** | **Norman King** | ☐ D _____<br>■ E/F   **3.12**<br>☐ G _____ |
| 2.23   **Troy Spencer** | **3417 South Valerie Drive**<br>**Chandler, AZ 85286** | **Norman King** | ☐ D _____<br>■ E/F   **3.13**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Macavity Company, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.1.  **Montex Lands, Inc.**<br>**5815 Gulfton Drive**<br>**Houston, TX 77081** | **4/21/2017;**<br>**5/22/2017;**<br>**6/22/2017;** | **$77,374.09** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Norman King**<br>**2707 E El Moro Drive**<br>**Mesa, AZ 85204** | **4/21/2017** | **$12,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Macavity Company, LLC**                                      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.3. **Dallas Petersen** 371 W Cullumber Gilbert, AZ 85234 | 4/21/2017 | $17,571.10 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Rowden Consulting LLC** | 4/21/2017 | $11,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **RIG Ltd.** | 4/24/2017 | $10,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.6. **Terra Nova Capital Equities, Inc.** | 4/27/2017 | $25,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.7. **SilverArch Capital Partners, LLC** | 5/9/2017; 5/19/2017; 6/9/2017 | $100,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bond Interest LP** | 7/18/2016; 7/28/2016; 8/24/2016; 9/26/2016; 10/20/2016; 12/5/2016; 12/28/2016; 2/8/2017; 3/3/2017; 3/14/2017; 4/21/2017; 4/25/2017 | $93,500.00 | **Management Fees** |

Case 2:17-bk-08474-BKM    Doc 1    Filed 07/24/17    Entered 07/24/17 13:26:18    Desc
Main Document      Page 28 of 41

Debtor    **Macavity Company, LLC**                                      Case number *(if known)*

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  **JWS Development, LLC**<br>**1186 S Fern Ct**<br>**Gilbert, AZ 85296** | **7/29/2016;**<br>**8/12/2016;**<br>**8/31/2016;**<br>**9/30/2016;**<br>**11/4/2016;**<br>**11/18/2016;**<br>**12/1/2016;**<br>**12/28/2016;**<br>**2/3/2017;**<br>**2/8/2017;**<br>**2/22/2017;**<br>**3/3/2017;**<br>**3/4/2017;**<br>**3/14/2017;**<br>**4/21/2016;**<br>**4/25/2017;**<br>**6/2/2017;**<br>**7/21/2017** | **$100,703.50** | **Management Fees** |
| 4.3.  **Ready RDC, LLC**<br>**6950 E Milagro Ave**<br>**Mesa, AZ 85209**<br>**Sole member of Debtor** | **7/29/2016;**<br>**8/31/2016;**<br>**9/30/2016;**<br>**10/12/2016;**<br>**11/4/2016;**<br>**11/18/2016;**<br>**12/1/2016;**<br>**12/28/2016;**<br>**2/3/2017;**<br>**2/8/2017;**<br>**2/17/2017;**<br>**2/22/2017;**<br>**3/3/2017;**<br>**4/21/2016;**<br>**4/25/2017;**<br>**6/2/2017** | **$109,407.00** | **Management Fees** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

---

Debtor    **Macavity Company, LLC**                                    Case number *(if known)*

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Case 2:17-bk-08474-BKM    Doc 1    Filed 07/24/17    Entered 07/24/17 13:26:18    Desc
Main Document        Page 31 of 41

Debtor    **Macavity Company, LLC**                                    Case number *(if known)* _____

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor __Macavity Company, LLC_____  Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  **Montex Lands, Inc.**
**5815 Gulfton Drive**
**Houston, TX 77081**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Ready RDC, LLC** | **6950 E Milagro Ave<br>Mesa, AZ 85209** | **Sole member of Debtor** | **100%** |

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Lane Spencer** | **6950 E Milagro Ave<br>Mesa, AZ 85209** | **President** | **0** |

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Joe Bond** | **6950 E Milagro Ave<br>Mesa, AZ 85209** | **Vice President** | **0** |

Debtor    **Macavity Company, LLC**                               Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Troy Spencer | 6950 E Milagro Ave<br>Mesa, AZ 85209 | Vice President | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dallas Petersen | 6950 E Milagro Ave<br>Mesa, AZ 85209 | Vice President | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 2:17-bk-08474-BKM    Doc 1    Filed 07/24/17    Entered 07/24/17 13:26:18    Desc
Main Document    Page 34 of 41

Debtor    **Macavity Company, LLC**                          Case number *(if known)* _____

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July 24, 2017__

**/s/ Ready RDC LLC, Sole Member**           **Ready RDC LLC, Sole Member**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    __By Lane Spencer Its: Member/Manager__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re  **Macavity Company, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ready RDC, LLC**<br>**6950 E Milagro Ave**<br>**Mesa, AZ 85209** | **LLC ownership interest** | **100%** | **LLC membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **By Lane Spencer Its: Member/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 24, 2017**

Signature  **/s/ Ready RDC LLC, Sole Member**

**Ready RDC LLC, Sole Member**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re    **Macavity Company, LLC**

                 Debtor(s)

Case No. _____

Chapter    **11**

# DECLARATION

I, the By Lane Spencer Its: Member/Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __**3**__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:    **July 24, 2017**

**/s/ Ready RDC LLC, Sole Member**
**Ready RDC LLC, Sole Member/By Lane Spencer Its:**
**Member/Manager**
Signer/Title

Date:    **July 24, 2017**

**/s/ John R. Clemency**
Signature of Attorney
**John R. Clemency**
**Gallagher & Kennedy, P.A.**
**2575 E. Camelback Rd.**
**Phoenix, AZ 85016**
**602-530-8000   Fax: 602-530-8500**

MML-5

Macavity Company, LLC -

AL MCNATT FAMILY PARTNERSHIP
4401 N 1-35, SUITE 107
DENTON TX 76207

AVANCO ENVIRONMENTAL, INC.
2815 VALLEY VIEW LANE, SUITE 113
DALLAS TX 75234

CABCO CABINETRY
1106 NORTH GILBERT ROAD
GILBERT AZ 85234

CAMERON PETERSEN
8839 E COLBY CRICLE
MESA AZ 85207

CITY OF PRINCETON, TEXAS
123 PRINCETON DRIVE
PRINCETON TX 75407

COLLIN COUNTY TAX ASSESSOR COLLECTOR
2300 BLOOMDALE RD., SUITE 2324
MCKINNEY TX 75071

CRYSTAL PROFIT SHARING PLAN AND TRUST
11601 N 132ND PLACE
SCOTTSDALE AZ 85259

D&J COMMERCIAL, LLC
1044 EAST SANDPIPER DRIVE
TEMPE AZ 85283

DALLAS PETERSEN
371 W CULLUMBER
GILBERT AZ 85233

F2 GROUP
P.O. BOX 11157
CHANDLER AZ 85248

F2 GROUP, LLC
P.O. BOX 11157
CHANDLER AZ 85246

Macavity Company, LLC -


GARY L. DAVIS
1791 N BELVEDERE AVE
FRESNO CA 93722


JAY LEUSER
410 E PUEBLO
MESA AZ 85204


JOE BOND
11614 E APPALOOSA PL
SCOTTSDALE AZ 85259


KANE RUSSELL COLEMAN LOGAN PC
1601 ELM STREET, SUITE 3700
DALLAS TX 75201


MONTEX LANDS, INC.
5815 GULFTON DRIVE
HOUSTON TX 77081


NORMAN KING
2707 E EL MORO DRIVE
MESA AZ 85204


PLANNING & ZONING RESOURCE CO.
1300 S MERIDIAN AVE, SUITE 400
OKLAHOMA CITY OK 73108


PRINCETON MEADOWS
4401 N 1-35, SUITE 107
DENTON TX 76207


READY RDC, LLC
6950 E MILAGRO AVE
MESA AZ 85209


SPENCER REAL ESTATE, LLC
2106 N BRIDLEWOOD
MESA AZ 85207


STAWN VALLEY RANCH
1501 ALTA DRIVE
FORT WORTH TX 76107

Macavity Company, LLC -


TROY SPENCER
3417 SOUTH VALERIE DRIVE
CHANDLER AZ 85286


U.S TRUSTEE, OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE, SUITE 204
PHOENIX AZ 85003


UEG UNITED ENGINEERING GROUP
3205 W. RAY ROAD, SUITE 1
CHANDLER AZ 85226


WASATCH PROPERTY MGMT, INC.
26440 LA ALAMEDA, SUITE 370
MISSION VIEJO CA 92691

# United States Bankruptcy Court
## District of Arizona

In re  **Macavity Company, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Macavity Company, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ready RDC, LLC**
**6950 E Milagro Ave**
**Mesa, AZ 85209**

☐ None [*Check if applicable*]

_July 24, 2017_

Date

**/s/ John R. Clemency**

**John R. Clemency**

Signature of Attorney or Litigant

Counsel for  **Macavity Company, LLC**

**Gallagher & Kennedy, P.A.**
**2575 E. Camelback Rd.**
**Phoenix, AZ 85016**
**602-530-8000 Fax:602-530-8500**
**john.clemency@gknet.com**