IT IS HEREBY ADJUDGED and
DECREED this is DENIED.

Dated: November 2, 2017

Brenda K. Martin, Bankruptcy Judge

Carolyn J. Johnsen, (#011894)
cjjohnsen@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
*Attorneys for Multistate Interests, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| MACAVITY COMPANY, LLC, | Case No.: 2:17-bk-08474-BKM |
| Debtor. | **MOTION FOR RECONSIDERATION OF 2004 ORDER AND REQUEST FOR EXPEDITED HEARING** |

Multistate Interests, LLC ("Multistate") files this *Motion for Reconsideration of 2004 Order and Request for Expedited Hearing* ("Motion") requesting the Court to reconsider its *Order Granting Application for Rule 2004 Examination and Setting Deadline for Production of Documents by Multistate Interests, LLC* ("Order") [Dkt. #84]. Multistate purchased from Montex Lands, Inc. the note secured by a first position lien on the Debtor's real property.

The matter pending before the Court involving Multistate is the Debtor's motion to obtain debtor-in-possession financing pursuant to Section 364(d) of the Bankruptcy Code. The motion is set for trial on November 29, 2017. This is a contested matter under Bankruptcy Rule 9014 and therefore, the discovery rules in Bankruptcy Rules 7026 and 7028-7037 apply (the "7000 Rules"). See Rule 9014(c). Those discovery rules are appropriate in this instance, not Rule 2004 which carries a different standard regarding

-1-

scope and the applicability of protective orders and the like.

When a contested matter is pending, discovery requests are granted pursuant to Rule 9014, which invokes the procedural protections of the Federal Rules of Civil Procedure. *In re Dinubilo*, 177 B.R. 932, 941-943 (E.D. Cal. 1993).

The discovery provisions of the Rules of Civil Procedure provide additional procedural safeguards not included under Rule 2004, for example, a witness under Rule 2004 does not have an absolute right to be represented by counsel, there is only a limited right to object to immaterial or improper questions, there is no general right to cross-examine witnesses, and no right to have the issues defined beforehand. *In re Dinubilo*, 177 B.R. 932, 939-940 (E.D.Cal. 1993)(citing *In re GHR Energy Corp.*, 33 B.R. 451, 454 (Bankr.D.Mass. 1983); *In re Washington Mutual, Inc.*, 408 B.R. 45, 50 (Bankr.D.Del. 2009).

Multistate's counsel spoke with Debtor's counsel Lindsi Weber on October 31, 2017 and specifically asked her if she would agree to serve the Debtor's discovery requests pursuant to the 7000 Rules. Counsel also informed Ms. Weber that production of the documents and the anticipated deposition of Multistate's principal (the "Deposition") would not be delayed. Counsel declined. See Declaration of Carolyn J. Johnsen attached as **Exhibit A.**

Multistate's counsel is working with Debtor's counsel to arrange a date for the Deposition and to provide documents prior to that date. But, this discovery should be conducted pursuant to the 7000 Rules, not Rule 2004.

Therefore, Multistate requests the Court to reconsider its Order and deny Debtor's requested relief without prejudice to the Debtor seeking appropriate discovery as required by Rule 9014(c). Alternatively, Multistate requests that the Court set an expedited hearing to determine this issue in that the parties are preparing for trial.

-2-
Case 2:17-bk-08474-BKM    Doc 90    Filed 11/02/17    Entered 11/02/17 15:23:24    Desc
Main Document    Page 2 of 6

DATED this 1st day of November, 2017.

**DICKINSON WRIGHT PLLC**

By: */s/ Carolyn J. Johnsen*
  Carolyn J. Johnsen
  1850 North Central Avenue, Suite 1400
  Phoenix, Arizona 85004
  *Attorneys for Multistate Interests, LLC*

**FOREGOING** electronically filed with the Clerk of the U.S. Bankruptcy Court for the District of Arizona this 1st day of November, 2017, with a **COPY** served the same date via e-mail upon the following parties:

John R. Clemency
Lindsi M. Weber
GALLAGHER & KENNEDY PA
2575 East Camelback Rd, Suite 1100
Phoenix, AZ 85016
john.clemency@gknet.com
lindsi.weber@gknet.com

Patty Chan
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Ave., #204
Phoenix, AZ 85003
patty.chan@usdoj.gov

D. Lamar Hawkins
Heather A. Macre
Aiken Schenk Hawkins & Ricciardi
2390 E. Camelback Rd., Suite 400
Phoenix, AZ 85016
dlh@ashrlaw.com
ham@ashrlaw.com
*Attorneys for D & J Commercial, LLC*

*/s/ Pamela Sabori*
PHOENIX 99999-100 407869v1

[Watermark: DENIED]

# EXHIBIT A



Carolyn J. Johnsen, (#011894)
cjjohnsen@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
*Attorneys for Multistate Interests, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| MACAVITY COMPANY, LLC, | Case No.: 2:17-bk-08474-BKM |
| Debtor. | **DECLARATION OF CAROLYN J. JOHNSEN** |

I, Carolyn J. Johnsen, under penalty and perjury of law, do hereby declare as follows:

1. I am lead counsel for Multistate Interests, LLC which holds the note secured by a first lien on the Debtor's real property. As such, Multistate is a party in the trial scheduled for November 29, 2017 on the Debtor's motion to obtain debtor-in-possession financing.

2. I spoke with Debtor's counsel Lindsi Weber on October 31, 2017 and specifically asked her if she would agree to serve the Debtor's discovery requests pursuant to the Bankruptcy Rules 7026 and 7028-7037.

3. I further informed her that production of the documents and the anticipated deposition of Multistate's principal (the "Deposition") would not be delayed.

4. Ms. Weber declined my request.

-1-

5. I have been working with Ms. Weber to arrange a date for the Deposition and to provide documents prior to the Deposition and believe an agreement will be reached.

DATED this 1st day of November, 2017.

**DICKINSON WRIGHT PLLC**

By: */s/ Carolyn J. Johnsen*
　　Carolyn J. Johnsen
　　1850 North Central Avenue, Suite 1400
　　Phoenix, Arizona 85004
　　*Attorneys for Multistate Interests, LLC*

PHOENIX 77183-1 407902v1



-2-