Carolyn J. Johnsen, (#011894)
cjjohnsen@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
*Attorneys for Multistate Interests, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MACAVITY COMPANY, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 2:17-bk-08474-BKM |
| MULTISTATE INTERESTS, LLC,<br><br>Movant,<br><br>v.<br><br>MACAVITY, LLC<br><br>Respondent. | **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Re: Real Property located in Princeton, Texas** |

**NOTICE IS HEREBY GIVEN** that the Multistate Interests, LLC ("Multistate") has filed a *Motion for Relief from the Automatic Stay* [Docket No.94] ("Motion"). Pursuant to the Motion, the Movant seeks the termination of the automatic stay in order to permit Multistate to proceed with all rights and remedies under the Loan Documents, including but not limited to, a trustee's sale of the real property located in Princeton, Texas and described in the attached **Exhibit A.** The basis of the relief requested in the Motion is as follows:

-1-

1. Stay relief is appropriate pursuant to 11 U.S.C. § 362(d)(3) as this is a single asset real estate case as defined in 11 U.S.C. §101(51B) and the Debtor cannot demonstrate that the Plan has a reasonable possibility of being confirmed within a reasonable time.

2. Stay relief is appropriate pursuant to 11 U.S.C. § 362(d)(2) as there is no equity in the property and the property is not necessary to an effective reorganization.

3. Cause exists to lift the stay pursuant to 11 U.S.C. § 362(d)(1) as the Debtor's plan is unconfirmable and Movant is not adequately protected.

**FURTHER NOTICE IS GIVEN** that, pursuant to Rule 4001-1(d) of the Local Rules of Bankruptcy Procedure for the District of Arizona, the relief requested in the Motion may be granted without hearing if no written objections to the Motion are filed with the Court within fourteen (14) days of the date of this Notice, and copies served upon the Movants' attorneys, whose address is:

Carolyn J. Johnsen
Katherine A. Sanchez
**Dickinson Wright PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
cjjohnsen@dickinsonwright.com
ksanchez@dickinsonwright.com

**DATED** this 8th day of November, 2017.

                                      **DICKINSON WRIGHT PLLC**

                                      By: */s/ Carolyn J. Johnsen*
                                          Carolyn J. Johnsen
                                          1850 North Central Avenue, Suite 1400
                                          Phoenix, Arizona 85004
                                          *Attorneys for Multistate Interests, LLC*

**FOREGOING** electronically filed with the Clerk of the U.S. Bankruptcy Court for the District of Arizona this 8th day of November, 2017, with a **COPY** served this same date via e-mail or regular mail, as

-2-

indicated in address, on the following parties:

John R. Clemency
Lindsi M. Weber
GALLAGHER & KENNEDY PA
2575 East Camelback Road
Suite 1100
Phoenix, Az 85016
john.clemency@gknet.com
lindsi.weber@gknet.com

Patty Chan
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Ave., #204
Phoenix, AZ 85003
patty.chan@usdoj.gov

D. Lamar Hawkins
Heather A. Macre
Aiken Schenk Hawkins & Ricciardi
2390 E. Camelback Rd., Suite 400
Phoenix, AZ 85016
dlh@ashrlaw.com
ham@ashrlaw.com

Al McNatt Family Partnership
4401 N. 1-35, Suite 107
Denton, TX 77081-7500

D&J Commercial, LLC
1044 East Sandpiper Drive
Tempe, AZ 85283

Princeton Meadows
4401 N. 1-35, Suite 107
Denton, TX 76207

All creditors on the Debtor's Master Mailing Matrix.

*/s/ Pamela Sabori*

PHOENIX 77183-1 409250v1

# EXHIBIT "A"

## LEGAL LAND DESCRIPTION

BEING a tract of land situated in the David Cherry Survey, Abstract No. 166, in the City of Princeton, Collin County, Texas, and being a part of that same tract of land as described in Special Warranty Deed with Vendor's Lien to CR 407 & FM 75, LLLP recorded Under Clerk's File No. 20070524000705480 in the Deed Records of Collin County, Texas (DRCCT), and being more particularly described as follows:

BEGINNING at a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys' at the north end of a corner clip at the intersection of the west line of Farm Road No. 75 (90 foot right-of-way), with the north line of Monte Carlo Boulevard (County Road No. 407) (variable width right-of-way);

THENCE westerly, along the north line of said Monte Carlo Boulevard the following:

South 40 Degrees 22 Minutes 33 Seconds West, along said corner clip, 38.85 feet to a 1/2-inch iron rod found;

South 85 Degrees 26 Minutes 29 Seconds West, 317.54 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys';

North 89 Degrees 37 Minutes 58 Seconds West, 1472.25 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys' at the southeast corner of a tract of land as described in Right-of-Way deed to the City of Princeton, Texas, recorded Under Clerk's File No. 20110915000979900 DRCCT;

North, 47.70 feet to a 5/8-inch iron rod found with plastic cap stamped 'Sparr Surveys' at the northeast corner of said City of Princeton tract;

West, 1219.63 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys' at the point of curvature of a circular curve to the right having a radius of 24,940.00 feet;

Northwesterly, along said curve to the right, through a central angle of 01 Degrees 29 Minutes 49 Seconds, an arc distance of 651.62 feet and having a chord which bears North 89 Degrees 15 Minutes 05 Seconds West, 651.60 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys';

North 88 Degrees 30 Minutes 11 Seconds West, 406.90 feet to a cut 'v' set in concrete in the east line of the Villas of Monte Carlo, Phase One, an addition to the City of Princeton, Texas, according to the plat thereof recorded in Volume Q, Page 480 in the Map Records of Collin County, Texas (MRCCT);

THENCE North 00 Degrees 54 Minutes 34 Seconds East, departing the north line of said Monte Carlo Boulevard, along the east line of said Villas of Monte Carlo, Phase One, at 1065.84 feet passing a 1/2-inch iron rod with plastic cap stamped 'DAA' at the northeast corner of said Villas of Monte Carlo, Phase One, same being the southeast corner of the Villas of Monte Carlo, Phase

DEN 99116523v3

Two A, an addition to the City of Princeton, Texas, according to the plat thereof recorded in Volume 2014, Page 466 MRCCT, continuing along the east line of said Villas of Monte Carlo, Phase Two A, at a calculated distance of 1565.84 feet passing the northeast corner of said Villas of Monte Carlo, Phase Two, same being the southeast corner of the Villas of Monte Carlo, Phase Two B, an addition to the City of Princeton, Texas, according to the plat thereof recorded in Volume 2014, Page 468 MRCCT, continuing along the east line of said Villas of Monte Carlo, Phase Two B, in all a distance of 2390.42 feet to a 1/2-inch iron rod found at the northeast corner of said Villas of Monte Carlo, Phase Two B and the southeast corner of Ragon Estates, an addition to the City of Princeton, Texas, according to the plat thereof recorded in Volume J, Page 532 MRCCT;

THENCE North 01 Degrees 01 Minutes 14 Seconds East, along the east line of said Ragon Estates, 589.42 feet to a 5/8-inch iron rod found at the northeast corner of said Ragon Estates;

THENCE North 89 Degrees 04 Minutes 12 Seconds West, along the north line of said Ragon Estates, 2470.27 feet to a 3/8-inch iron rod found at the northwest corner of said Ragon Estates and the northeast corner of a tract of land as described in Special Warranty Deed to Able Fairfax Meadows, Inc. recorded in Volume 5611, Page 1645 DRCCT;

THENCE North 89 Degrees 26 Minutes 18 Seconds West, along the north line of said Able Fairfax Meadows tract, 1650.22 feet to a one-inch iron pipe found in the east line of Tract 1 as described in Warranty Deed with Vendor's Lien to Srilakshmi and Radhika Velivelli recorded under Clerk's File No. 20150120000064420 DRCCT;

THENCE North 00 Degrees 50 Minutes 20 Seconds East, along the east line of said Tract 1, 1322.47 feet to a one-inch iron pipe found at the northeast corner of said Tract 1;

THENCE North 88 Degrees 26 Minutes 09 Seconds West, along the north line of said Tract 1, 1154.53 feet to a 1/2-inch iron rod found at the northwest corner of said Tract 1, same being the southeast corner of Tract 2 as described in Warranty Deed with Vendor's Lien to Srilakshmi and Radhika Velivelli recorded under Clerk's File No. 20150120000064420 DRCCT, and also being the northeast corner of a tract of land as described in Warranty Deed to Harley J. and Phyllis E. Corey recorded under Clerk's File No. 95-0086720 DRCCT;

THENCE North 00 Degrees 17 Minutes 52 Seconds East, along the east line of said Tract 2, at 29.80 feet passing a 5/8-inch iron rod with plastic cap stamped 'Terra Corp' at the northeast corner of said Tract 2, same being the southeast corner of a tract of land as described in Warranty Deed with Vendor's Lien to Hari Prasad Myneni recorded under Clerk's File No. 20150120000064440 DRCCT, continuing along the east line of said Myneni tract, at 629.06 feet passing a 5/8-inch iron rod with plastic cap stamped 'Terra Corp' at the northeast corner of said Myneni tract, same being the southeast corner of the remainder portion of a tract of land as described in Special Warranty Deed to The Bixler Family Trust recorded under Clerk's File No. 20140815000874290 DRCCT, continuing along the east line of said Bixler Family Trust tract, in all a distance of 1328.83 feet to a 1/2-inch iron rod found in the south line of a tract of land as described in Warranty Deed with Vendor's Lien to Jack M. Phipps recorded in Volume 4362, Page 2507 DRCCT;

THENCE South 89 Degrees 01 Minutes 05 Seconds East, along the south line of said Phipps tract, 164.68 feet to a 3-1/2 inch diameter steel post found at the southeast corner of said Phipps

tract and being the southwest corner of Free Rein #1 Addition, an addition in Collin County, Texas, according to the plat thereof recorded in Volume 2010, Page 69 MRCCT;

THENCE South 88 Degrees 55 Minutes 29 Seconds East, along the south line of said Free Rein #1 Addition, 560.94 feet to a 'PK' nail found in a Bois d' Arc tree at the southeast corner of said Free Rein #1 Addition, same being the westerly southwest corner of a tract of land as described in Warranty Deed with Vendor's Lien to Hasan Pirkul, Et Al, recorded in Volume 5218, Page 3630 DRCCT;

THENCE easterly, along the south line of said Pirkul tract the following:

North 89 Degrees 33 Minutes 50 Seconds East, 551.89 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys';

South 00 Degrees 10 Minutes 50 Seconds West, 103.30 feet to a 3/4-inch iron rod found;

South 89 Degrees 37 Minutes 10 Seconds East, 321.02 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys';

North 89 Degrees 51 Minutes 50 Seconds East, 1206.57 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys';

South 88 Degrees 26 Minutes 10 Seconds East, 1494.09 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys';

South 89 Degrees 52 Minutes 10 Seconds East, 343.52 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys';

South 88 Degrees 43 Minutes 10 Seconds East, 642.64 feet to a one-inch iron pipe found at the southeast corner of said Pirkul tract;

THENCE North 00 Degrees 49 Minutes 26 Seconds East, along the east line of said Pirkul tract, 1780.23 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys' at the southwest corner of a tract of land as described in Right-of-Way deed to the City of Princeton, Texas, recorded under Clerk's File No. 20110915000979900 DRCCT and, the southeast corner of a tract of land as described in Right-of-Way deed to the Collin County, Texas, recorded under Clerk's File No. 20110621000640480 DRCCT and being the south line of County Road No. 408 (variable width right-of-way);

THENCE easterly, along the south line of said County Road No. 408 the following:

South 82 Degrees 01 Minutes 21 Seconds East, 561.36 feet to a 5/8-inch iron rod found with plastic cap stamped 'Woolpert';

South 89 Degrees 11 Minutes 09 Seconds East, 149.57 feet to a 5/8-inch iron rod found with plastic cap stamped 'Woolpert';

North 56 Degrees 39 Minutes 33 Seconds East, 89.06 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys';

DEN 99116523v3

South 89 Degrees 11 Minutes 09 Seconds East, 992.91 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys';

South 59 Degrees 11 Minutes 14 Seconds East, 87.34 feet to a 5/8-inch iron rod found with plastic cap stamped 'Woolpert';

South 89 Degrees 11 Minutes 09 Seconds East, 416.45 feet to a 5/8-inch iron rod found with plastic cap stamped 'Woolpert' at the point of curvature of a non-tangent circular curve to the right having a radius of 955.00 feet;

Southeasterly, along said curve to the right, through a central angle of 04 Degrees 33 Minutes 59 Seconds, an arc distance of 76.11 feet and having a chord which bears South 65 Degrees 51 Minutes 45 Seconds East, 76.09 feet to a 5/8-inch iron rod found with plastic cap stamped 'Woolpert' at the point of reverse curvature of a circular curve to the left having a radius of 1045.00 feet;

Southeasterly, along said curve to the left, through a central angle of 25 Degrees 31 Minutes 48 Seconds, an arc distance of 465.63 feet and having a chord which bears South 76 Degrees 20 Minutes 40 Seconds East, 461.79 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys';

South 89 Degrees 06 Minutes 33 Seconds East, 57.82 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys' at the intersection of the south line of said County Road No. 408 with the west line of said Farm Road No. 75;

THENCE southerly, along the west line of said Farm Road No. 75 the following:

South 09 Degrees 23 Minutes 54 Seconds East, 133.15 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys' next to a TXDOT wooden right-of-way marker found at the point of curvature of a circular curve to the right having a radius of 1864.86 feet, from which a 5/8-inch iron rod found bears South 09 Degrees 07 Minutes 56 Seconds East, 1.37 feet;

Southeasterly, along said curve to the right, through a central angle of 03 Degrees 21 Minutes 26 Seconds, an arc distance of 109.27 feet and having a chord which bears South 07 Degrees 43 Minutes 11 Seconds East, 109.26 feet to a TXDOT wooden right-of-way marker found;

South 06 Degrees 02 Minutes 28 Seconds East, 800.49 feet to a TXDOT wooden right-of-way marker found at the point of curvature of a circular to the left having a radius of 5774.58 feet, from which a 3/4-inch iron rod found bears North 43 Degrees 29 Minutes 26 Seconds West, 1.47 feet;

Southeasterly, along said curve to the left, through a central angle of 04 Degrees 00 Minutes 00 Seconds, an arc distance of 403.14 feet and having a chord which bears South 08 Degrees 02 Minutes 28 Seconds East, 403.06 feet to a 'PK' nail set in a TXDOT wooden right-of-way marker found, from which a 1/2-inch iron rod found bears North 59 Degrees 59 Minutes 41 Seconds West, 1.79 feet;

DEN 99116523v3

South 10 Degrees 02 Minutes 28 Seconds East, 2572.74 feet to a 5/8-inch iron rod set with plastic cap stamped 'Sparr Surveys' next to a TXDOT wooden right-of-way marker found, from which a 3/4-inch iron rod found bears North 88 Degrees 36 Minutes 10 Seconds West, 0.44 feet;

South 09 Degrees 21 Minutes 42 Seconds East, 2427.21 feet to a 1/2-inch iron rod found at the northeast corner of a tract of land as described in deed to Texas-New Mexico Power Company recorded in Volume 2707, Page 444 DRCCT;

THENCE North 88 Degrees 47 Minutes 23 Seconds West, departing the west line of said Farm Road No. 75, along the north line of said Texas-New Mexico Power Company tract, 190.11 feet to a 3/8-inch iron rod found;

THENCE South 01 Degrees 08 Minutes 06 Seconds West, along the west line of said Texas-New Mexico Power Company tract, 209.41 feet to a 1/2-inch iron rod found;

THENCE South 88 Degrees 54 Minutes 21 Seconds East, along the south line of said Texas-New Mexico Power Company tract, 226.40 feet to a 3/8-inch iron rod found in the west line of said Farm Road No. 75;

THENCE South 09 Degrees 18 Minutes 13 Seconds East, along the west line of said Farm Road No. 75, 549.91 feet to the POINT of BEGINNING and containing 853.61 acres of land.

Filed and Recorded
Official Public Records
Stacey Kemp, County Clerk
Collin County, TEXAS
06/27/2016 01:06:01 PM
$158.00 BVINCENT
20160627000808960

DEN 99116523v3