Carolyn J. Johnsen, (#011894)
cjjohnsen@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
*Attorneys for Multistate Interests, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MACAVITY COMPANY, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 2:17-bk-08474-BKM<br><br>**REQUEST TO SET CONTINUED HEARING**<br><br><br>**Current Date: November 29, 2017**<br>**Current Time: 9:30 a.m.** |

Multistate Interests, LLC requests the Court to set December 13 and 14, 2017 for the evidentiary hearing originally scheduled for November 29, 2017 on Debtor's *Motion for Order Authorizing Borrowing with Priority Over Administrative Expenses and Secured by Senior Liens on Property of the Estate* ("Motion") [Dkt. #42]. The parties have not been able to reach an agreement as to the dates for the hearing.

1. On October 12, 2017, after hearing argument of counsel on Debtor's Motion (the "October Hearing"), the Court scheduled an evidentiary hearing for a single day on November 29, 2017.

2. Thereafter, on October 20, 2017, the Debtor filed its *Plan of Reorganization dated October 20, 2017 filed by the Debtor Macavity Company, LLC* [Dkt. #71].

3. In addition, after the October hearing, the original objecting party Montex Lands, Inc. sold its note to Multistate.

4. Multistate retained the firm of Dickinson Wright ("DW") to represent it in the bankruptcy and DW immediately moved to withdraw as counsel for Montex. The Debtor objected and the Court granted the withdrawal on October 30, 2017.

5. At the October Hearing, the Court established November 22, 2017 as the date the parties are required to file their declarations for expert witnesses, to file a pre-trial statement and to disclose their witnesses. After the Debtor filed its Plan, it became clear that the evidentiary hearing would involve at least three witnesses on the Debtor's side and at least three witnesses on Multistate's side. The parties have worked together to provide an exchange of documents and to schedule depositions of all witnesses. Five depositions are scheduled for the next two weeks including one scheduled for two days before the hearing.

6. Clearly, it is impossible to complete the trial in a single day even with the direct examination of witnesses by declaration. Consequently, Multistate's counsel inquired of chambers whether the Court might have another day available. The Court's clerk conducted a telephone conference to indicate available dates as follows: November 27 & November 29; November 29 & either November 30, December 11 or 14; or possibly December 13 & 14.

7. Counsel for Multistate cannot appear on November 30 or December 11 and has offered December 13 & 14. Counsel for the Debtor has not further responded. It is necessary to inform witnesses, three of whom are out of state.

8. Multistate does not believe it is an efficient use of the Court's time to bifurcate the trial if it can be avoided. It is costly for the parties and a burden on the Court to essentially have to prepare twice. The Debtor has not articulated any reason to the

-2-

Case 2:17-bk-08474-BKM    Doc 97    Filed 11/13/17    Entered 11/13/17 13:27:04    Desc
Main Document    Page 2 of 4

Court or to Debtor's counsel why the hearing must commence on November 29th.

9. Multistate urges that if the Court's calendar permits, that the evidentiary hearing be set for December 13 and 14 and that the pre-trial statement and declarations be due on December 6th.

**DATED** this 13th day of November, 2017.

DICKINSON WRIGHT PLLC

By: */s/ Carolyn J. Johnsen*
    Carolyn J. Johnsen
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona 85004
    *Attorneys for Multistate Interests, LLC*

**FOREGOING** electronically filed with the Clerk of the U.S. Bankruptcy Court for the District of Arizona this 13th day of November, 2017, with a **COPY** served this same date via e-mail or regular mail, as indicated in address, on the following parties:

John R. Clemency
Lindsi M. Weber
GALLAGHER & KENNEDY PA
2575 East Camelback Road
Suite 1100
Phoenix, Az 85016
john.clemency@gknet.com
lindsi.weber@gknet.com

Patty Chan
OFFICE OF THE UNITED STATES TRUSTEE
230 N. First Ave., #204
Phoenix, AZ 85003
patty.chan@usdoj.gov

| | |
|---|---|
| 1 | D. Lamar Hawkins |
| 2 | Heather A. Macre<br>Aiken Schenk Hawkins & Ricciardi |
| 3 | 2390 E. Camelback Rd., Suite 400<br>Phoenix, AZ 85016 |
| 4 | dlh@ashrlaw.com |
| 5 | ham@ashrlaw.com |
| 6 | /s/ Pamela Sabori |
| 7 | |
| 8 | PHOENIX 77183-1 410680v1 |